IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN COLIN SUTTLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska insurance company, and SUTHERLAND GLOBAL SERVICES, INC., a New York Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 6:16-CV-06345<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

NOW COMES John Colin Suttles, by and through his respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(ii), herby voluntarily dismisses all of his claims against all defendants with prejudice. This dismissal disposes of the entire action.

| | |
|---|---|
| **HUGHES ELLZEY, LLP** | **JASZCZUK P.C.** |
| By: */s/ William Craft Hughes*<br>  William Craft Hughes<br>  2600 Post Oak Blvd., Suite 1120<br>  Houston, TX 77056<br>  Telephone: 713-554-2377<br>  Facsimile: 888-995-3335<br>  Email: craft@hughesellzey.com<br>  *Attorneys for Plaintiff*<br>  *John Colin Suttles* | By: */s/ Martin Jaszczuk*<br>  Martin Jaszczuk<br>  311 S. Wacker Drive, Suite 1775<br>  Chicago, Illinois 60606<br>  Telephone: 312-442-0509<br>  Facsimile: 312-442-0519<br>  Email: mjaszczuk@jaszczuk.com<br>  *Attorneys for Defendant*<br>  *Mutual of Omaha Insurance Company* |

**GORDON & REES LLP**

By: */s/ Brian P. FitzGerald*
   Brian P. FitzGerald
   1 Battery Park Plaza, 28th Floor
   New York, New York 10004
   Telephone: 212-269-5500
   Facsimile: 212-269-5505
   Email: bfitzgerald@gordonrees.com
   *Attorneys for Defendant*
   *Sutherland Global Services, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 13, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all individuals on the ECF service list.

               */s/ William Craft Hughes*

               Attorney for Plaintiff